UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DODSON,

                              NO. CIV. S-07-2128 LKK/GGH

    Plaintiff,

  v.

BIG 5 CORP., dba BIG 5 SPORTING GOODS #294, et al.,

    Defendants.

                              /

**STATUS (PRETRIAL SCHEDULING) CONFERENCE**

READ THIS ORDER CAREFULLY. IT CONTAINS IMPORTANT DATES WHICH THE COURT WILL STRICTLY ENFORCE AND WITH WHICH ALL COUNSEL AND PARTIES MUST COMPLY. A FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER MAY RESULT IN THE IMPOSITION OF MONETARY AND ALL OTHER SANCTIONS WITHIN THE POWER OF THE COURT, INCLUDING DISMISSAL OR AN ORDER OF JUDGMENT.

Pursuant to court order, a Status (Pretrial Scheduling) Conference was held in Chambers on February 19, 2008. Scottlynn J. Hubbard, IV appeared telephonically as counsel for plaintiff;

1

Shireen B. Rogers appeared telephonically as counsel for defendant Big 5 Corporation; Darin T. Judd appeared telephonically for the Jernigan defendants. After hearing, the court makes the following findings and orders:

**SERVICE OF PROCESS**

All parties defendant have been served and no further service is permitted except with leave of court, good cause having been shown.

**JOINDER OF PARTIES/AMENDMENTS**

Defendants Jernigan are hereby granted thirty (30) days to serve a cross-defendant.

**MISCELLANEOUS PROVISIONS**

A further status conference is set for April 28, 2008 at 3:00 p.m. (The parties are reminded that status reports must be filed and served not later than ten (10) days preceding the status conference.)

The parties are reminded that pursuant to Fed. R. Civ. P. 16(b), the Status (pretrial scheduling) Order **shall not be modified except by leave of court upon a showing of good cause.** Counsel are cautioned that changes to any of the scheduled dates will necessarily result in changes to all other dates. Thus, even where good cause has been shown, the court will not grant a request to change the discovery cutoff date without modifying the pretrial and trial dates.

**Agreement by the parties pursuant to stipulation does not constitute good cause. Nor does the unavailability of witnesses**

1 **or counsel, except in extraordinary circumstances, constitute good**
2 **cause.**
3     The parties are reminded of their continuing obligation to
4 supplement their statements relative to the identification of
5 parent corporations and any publicly held company that owns 10% or
6 more of the party's stock within a reasonable time of any change
7 in the information.
8     The parties are admonished that they are not to cite or refer
9 to any of the quotations inscribed in the pavers on the front plaza
10 of the United States Courthouse in any written or oral presentation
11 to the court or a jury.
12     There appear to be no other matters presently pending before
13 the court that will aid the just and expeditious disposition of
14 this matter.
15     IT IS SO ORDERED.
16     DATED:   February 21, 2008.

```
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```