SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III SBN 69773
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
Telephone:  (530) 895-3252
Facsimile:    (530) 894-8244

Attorneys for Plaintiff

Shireen Rogers, SBN 163507
**MUSICK, PEELER & GARRETT, LLP COSTA MESA**
650 Town Center Drive, Suite 1200
Costa Mesa, CA  92626
Telephone:  (714) 668-2400
Facsimile:  (714) 668-2490

Attorney for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT

| | |
|---|---|
| ROBERT DODSON, | Case No. CIV.S-07-2128-LKK-GGH |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS** |
| BIG 5 CORP. et al dba BIG 5 SPORTING GOODS #294 | |
| Defendants. | |

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS on April 21, 2008 this Court issued an Order directing all
2  dispositional documents to be filed no later than May 21, 2008.
3  WHEREAS Plaintiff and Defendants have not yet come to an agreement
4  as to the language and terms of the Settlement Agreement.
5  WHEREAS the parties hereby stipulate to extend the date to file
6  dispositional documents by three weeks to June 4, 2008.

7

8  Dated: May 21, 2008            DISABLED ADVOCACY GROUP, APLC

9

10           /s/ Lynn Hubbard, III
             LYNN HUBBARD, III
11           Attorney for Plaintiff Robert Dodson

12

13 Dated: May 21, 2008            MUSICK, PEELER & GARRETT, LLP

14

15           /s/ Shireen Rogers
             SHIREEN ROGERS
16           Attorney for Defendants Big 5 Corp. et al

17

18
## ORDER
19
    Good cause having been show, dispositional documents shall be filed on
20
or before May 21, 2008.
21

22
Dated: May 22, 2008.
23

24  _____
    LAWRENCE K. KARLTON
25  SENIOR JUDGE
    UNITED STATES DISTRICT COURT
26

27

28

*Wilson v. Wren's Cafe, et al*                                    Stipulation to Extend
Time to Case No. CIV.S-06-02209-MCE-KJM                           File Dispositional
Documents

PDF created with pdfFactory trial version www.pdffactory.com