1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:    (530) 895-3252
4  Facimile:     (530) 894-8244

5  Attorneys for Plaintiff

6

7  DARIN  JUDD, SBN 160475
   LIPPENBERGER, THOMPSON,
8  WELCH, SOROKO, GILBERT LLP
   201 TAMAL VISTA BLVD.
9  CORTE MADERA, CA 94925-1110
   Telephone:    (415)927-5200
10 Facimile:     (415)927-5210

11 Attorney for Defendant

12

13                 UNITED STATES DISTRICT COURT

14               EASTERN DISTRICT OF CALIFORNIA

15 DODSON,                          Case No. CIV.S. 07-2128 LLK GGH
16
           Plaintiff,
17                                  **REQUEST FOR DISMISSAL AND**
   v.                               **ORDER THEREON**
18

19 BIG 5 CORP dba BIG 5 SPORTING GOODS
   #294., JON A. JERNIGAN and JANE H.
20 JERNIGAN , CO-TRUSTEES/CO-
   CONSERVATORS of the JERNIGAN
21 FAMILY LIVING TRUST,

22
           Defendant.
23 _____/

24

25

26

27

28

Request for Dismissal and Order Thereon                Sanford v. Baker's Square
                                                       *CIV. S-07-2128 LKK GGH*
                                                           *PAN*

1   TO THE COURT AND ALL PARTIES:

2          Pursuant to a Settlement Agreement and Release between plaintiff, Robert Dodson, and

3   defendant, Big 5 Corp. dba Big 5 Sporting Goods #294., 10755 Folsom Boulevard Rancho

4   Cordova, CA , the parties hereby request that all parties be dismissed with prejudice from the

5   above-entitled action.

6

7   Dated: June 5, 2008                              LAW OFFICES OF LYNN HUBBARD, III

8

9                                                   */s/ Lynn Hubbard III Esquire*
10                                                   LYNN HUBBARD, III
                                                    Attorney for Plaintiff
11

12  Dated: June 5, 2008                              MUSICK, PEELER & GARRETT, LLP

13

14                                                   */s/ Shireen Rogers Esquire*
15                                                   SHIREEN ROGERS ESQ.
                                                    Attorneys for Defendant
16

17                                     **ORDER**

18         IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-07-

19  2128 LLK GGH, is hereby dismissed with prejudice.
20

21

22  Dated: July 8, 2008.

23

24                        LAWRENCE K. KARLTON
25                        SENIOR JUDGE
                         UNITED STATES DISTRICT COURT
26

27

28

Request for Dismissal and Order Thereon                    Sanford v. Baker's Square
                                                          *CIV. S-07-2128 LKK GGH*